IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )        8:11CR259
                              )
      v.                      )
                              )
KAMEO ROSS,                   )        ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion for a downward departure (Filing No. 98). The Court may not modify a term of imprisonment once it has been imposed. A compassionate release pursuant to 18 U.S.C. § 3582 requires a motion and findings from the Bureau of Prisons that extraordinary and compelling reasons warrant such a reduction or that the defendant is at least 70 years of age, has served at least 30 years in prison, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community. Neither applies in this case. Accordingly,

IT IS ORDERED that defendant's motion for a downward departure is denied.

DATED this 4th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court